Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266- 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re | |
|---|---|
| Cassandra Ann Spain | Chapter 13 Case Number: 17-42873-RLE13 |
| Debtor(s) | |

**MOTION TO DISMISS OR CONVERT CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS**

**TO THE DEBTOR(S) AND DEBTOR(S)' ATTORNEY:**

Martha G Bronitsky, Chapter 13 Standing Trustee, requests an Order Dismissing or Converting this case pursuant to 11 U.S.C. Section 1307(c) upon the grounds that the debtor(s) is in material default for the following reasons:

1. **YOU ARE IN DEFAULT UNDER YOUR CHAPTER 13 PLAN.**

   As of June 06, 2018 you should have paid a total of $13,684.00 to the Chapter 13 Trustee. According to the Trustee's records, you are in default in the amount of $5,634.00. The default amount includes the current's month payment. The default amount does not include any payments which have been suspended. Suspended payments may not bind creditors. Payments must be current until this motion is resolved.

2. In order to continue to receive protection of the United States Bankruptcy Court:

   a. **YOU MUST** bring the case current by paying in certified funds to the Trustee in the amount of $5,634.00 within 21 days of the date of this notice; OR

   b. **YOU MUST** meet and confer with the Trustee by contacting the Client Services Department AND sign a Stipulation (agreement) describing how you will cure default in a manner which is acceptable to the Trustee. Such meeting shall be held at the office of the Trustee, at the address listed above, and shall be by

appointment only; OR

   c. **YOU MUST** contact your attorney immediately. Your attorney may apply to modify the plan or advise you of any other legal options. This must be done within 21 days of this notice.

3. Unless you pay the default amount, stipulate to cure the default or file an Application to Modify plan, as provided in paragraph 2 above, twenty-one (21) days from the date of this notice, **YOUR CASE SHALL BE IMMEDIATELY DISMISSED OR CONVERTED WITHOUT ANY FURTHER NOTICE OR HEARING.**

Dated: June 06, 2018                     /s/ Martha G. Bronitsky
                                         Signature of Martha G. Bronitsky
                                         Chapter 13 Standing Trustee

| In re | Chapter 13 Case No. |
|---|---|
| Cassandra Ann Spain | 17-42873-RLE13 |
| debtor(s) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

|  |  |
|---|---|
|  | Kornfield Nyberg Bendes Kuhner & Little Pc |
| Cassandra Ann Spain | 1970 Broadway #225 |
|  | Oakland,CA 94612 |
| 4109 Fontaine Court | |
| Oakland,CA 94605 | (Counsel for Debtor) |
| (Debtor(s)) | |

I delcare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

Date: June 06, 2018              /s/ CHRISTIE PINEDA
                                 CHRISTIE PINEDA