Entered on Docket
August 13, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed August 13, 2018

Roger L. Efremsky
U.S. Bankruptcy Judge

Prober & Raphael, A Law Corporation
Lee S. Raphael, Esquire, #180030
Bonni S. Mantovani, Esquire #106353
Anna Landa, Esquire #276607
Diana Torres-Brito, Esquire #163193
Alexander G. Meissner, Esquire #315437
S. Renee Sawyer Blume, Esquire #18014
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
(818) 227-0101 facsimile
cmartin@pralc.com
Attorneys for Movant Bank of America, N.A.
FHAC.241-5623.NF

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In Re | Bk. No. 17-42873 |
| Cassandra Ann Spain, | R.S. No. LSR – 1173 |
| Debtor. | CHAPTER 13 |
| | **ORDER RE ADEQUATE PROTECTION** |
| | Hearing – |
| | Date : May 16, 2018 |
| | Time : 1:30 p.m. |
| | Place : U.S. Bankruptcy Court |
| | 1300 Clay Street, 2nd Floor |
| | Oakland, CA |
| | Courtroom 201 |

The Motion for Relief from Automatic Stay of Bank of America, N.A., its assignees and/or successors in interest, came on for hearing on May 16, 2018 at 1:30 p.m., before the Honorable Roger L. Efremsky. Appearances are as set forth in the Court's docket.

The Court after reviewing the pleadings and records, and after determining that GOOD CAUSE exists, makes the following Order:

IT IS HEREBY ORDERED that effective August 31, 2018, the Automatic Stay with respect to the Property described as **4109 Fontaine Court, Oakland, California 94605** shall lift immediately, without further Order of the Court.

IT IS FURTHER ORDERED that Debtor shall maintain the regular monthly payments on Movant's loan obligation, encumbering the subject Property, generally described as **4109 Fontaine Court, Oakland, California 94605**, in a timely fashion, commencing with the June 2018 payment, and continuing through and including the August 2018 payment. Payments on Movant's loan obligation shall be made to Movant's servicing agent, Carrington Mortgage Services, LLC, P.O. Box 3730, Anaheim, CA 92806.

IT IS FURTHER ORDERED that Debtor shall pay off arrearages in the total amount of $9,010.75, representing the February 2018 through May 2018 monthly payments plus attorneys' fees and costs of $1,031.00, less applied suspense of $-18.45. Said arrearages shall be paid in monthly installments of $999.78 (half payments) per month, commencing on June 1, 2018, and continuing on the first day of each month thereafter until August 1, 2018, subject to the same grace period as the regular monthly payments. The balance remaining after these three (3) half payments are made, in the amount of $6,011.41, is to be paid added to the total debt due and payable.

IT IS FURTHER ORDERED that in the event of a default of any provisions as set forth in the preceding two paragraphs, Movant may file and serve a Declaration Re Non-Compliance and an Order Terminating the Automatic Stay. Upon the entry of such Order, the Automatic Stay with respect to the subject Property shall lift immediately, without further Order of the Court.

IT IS FURTHER ORDERED that in the event the instant bankruptcy proceeding is dismissed or discharged, this Order shall be terminated and have no further force or effect.

IT IS FURTHER ORDERED that any funds received by Movant, which are subsequently

returned for non-sufficient funds, including funds received and applied prior to the terms of this Order, shall be subject to the default provisions contained herein.

IT IS FURTHER ORDERED that should Movant obtain relief from the Automatic Stay due to a breach of the terms of this Order, any final Order for Relief from the Automatic Stay shall provide for the 14-day stay described by Bankruptcy Rule 4001(a)(3) to be waived.

IT IS FURTHER ORDERED that a Notice of Fees, Expenses, and Charges pursuant to Bankruptcy Rule 3002.1(c) is not required for the fees and costs included and disclosed as part this Order.

Approved as to content:

Dated: 6/18/18

KORNFIELD NYBERG BENDES KOHNER & LITTLE P.C.

By: *[signature]*
Sarah Lampi Little, SBN 215635
Attorney for Debtor

\* \* \* END OF ORDER \* \* \*

3

COURT SERVICE LIST

**ALL PARTIES SERVED VIA ELECTRONIC NOTIFICATION**