Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266-5580
13trustee@oak13.com

Trustee for Debtor(s)

Entered on Docket
August 22, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed August 21, 2018

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Cassandra Ann Spain

debtor(s)

Chapter 13 Case No. 17-42873-RLE13

Hearing: 08/17/18
Time: 1:30 P.M.
Courtroom: 201

**ORDER CONVERTING CASE TO CHAPTER 7**

A hearing regarding the Chapter 13 Trustee's Motion to Dismiss for Failure to Make Plan Payments was held, the Honorable Roger L. Efremsky presiding.

Good cause appearing, IT IS ORDERED

In the best interest of the creditors, this case is Converted to Chapter 7.

END OF ORDER

## COURT SERVICE LIST